RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE _____
BY _____

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| **JOSHUA MARQUISE BATTLEY** | **CIVIL ACTION NO. 09-1185** |
| | **SEC. P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **JUSTIN DIGGS** | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned complaint is hereby **DISMISSED** pursuant to Fed.R.Civ.P. 41(b) and LR41.3W.

MONROE, LOUISIANA, this __15__ day of __July__ 2010.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE